Certificate Number: 17572-NJ-CC-037219043



17572-NJ-CC-037219043

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 28, 2023</u>, at <u>11:19</u> o'clock <u>AM PST</u>, <u>UZZIEL PRUDENCIO PALMERO</u> received from <u>Dollar Learning Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of New Jersey</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

| | | |
|---|---|---|
| Date: February 28, 2023 | By: | /s/Linda Duarte |
| | Name: | Linda Duarte |
| | Title: | Counselor |

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).