UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 215-627-1322
dcarlon@kmllawgroup.com
Attorneys for M&T Bank

Case No.: 23-11819 ABA

In Re:

Uzziel Prudencio-Palmero,
            Debtor

Judge: Altenburg, Andrew B. Jr.

## APPLICATION FOR ENTRY OF CONSENT ORDER IN LIEU OF MOTION

The undersigned, counsel for M&T Bank, holder of a mortgage on 406 United States Avenue, Lindenwold NJ 08021, hereby requests entry of the proposed consent order reinstating the automatic stay in lieu of a motion. The details surrounding this request are as follows:

Secured Creditor filed a Motion for Relief on October 13, 2023, for failure to make post-petition payments. The automatic stay was vacated by an Order dated November 8, 2023. The Debtor now seeks to cure arrears. The parties have agreed upon a cure and to reinstate the stay accordingly.

The applicant respectfully requests that the consent order reinstating the stay, attached as Exhibit A along with the certificate of consent, be entered by the Court.

Dated: December 13, 2023                                        **/s/ Denise Carlon, Esq.**
                                                                                 Denise Carlon, Esq.