| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR-9004-1** | |
|---|---|
| KML Law Group, P.C. By: Denise Carlon Esquire 701 Market Street, Suite 5000 Philadelphia, PA 19106 201-549-2363 Attorneys for Secured Creditor: M&T Bank | |
| In Re: Uzziel Prudencio-Palmero  Debtor | Case No:  23-11819 ABA Chapter:  13 Judge:  Andrew B. Altenburg Jr. |

## CERTIFICATION OF SERVICE

1. I, Melissa Hansler:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the Secured Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 12/13/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - APPLICATION FOR ENTRY OF CONSENT ORDER IN LIEU OF MOTION
    - CERTIFICATION OF CONSENT REGARDING CONSENT ORDER
    - CONSENT ORDER
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 12/13/2023                         /S/  Melissa Hansler

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Uzziel Prudencio-Palmero<br>406 United States Avenue<br>Clementon, NJ 08021 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| John D. DiCiurcio<br>900 N. Kings Highway<br>Suite 310<br>Cherry Hill, NJ 08034 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Andrew B. Finberg Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center -<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |