UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 201-549-2363
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

Order Filed on December 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Uzziel Prudencio-Palmero,

Debtors

Case No.: 23-11819 ABA

Hearing Date: 11/7/2023 @ 10:00 a.m.

Judge: Altenburg, Andrew B. Jr.

## CONSENT ORDER RESOLVING DEFAULT AND REINSTATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

DATED: December 19, 2023

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Uzziel Prudencio-Palmero
Case No: 23-11819 ABA
Caption of Order: CONSENT ORDER RESOLVING DEFAULT AND REINSTATING STAY

This matter having been brought before the Court by John D. DiCiurcio, Esquire appearing for Debtor and Denise Carlon., attorneys for Secured Creditor, M&T BANK,

It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to real property known as 406 United States Avenue, Lindenwold NJ 08021, is hereby REINSTATED; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor is to make an immediate payment of $5,192.88 to cure default (7/1/23 to 11/1/23 @ $1,061.61 less suspense of $115.17); and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2023; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond and that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $888.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that automatic stay as to the subject property is hereby reinstated.

I hereby agree and consent to the above terms and conditions:   Dated: 12-1-23

_____
John D. DiCiurcio, Attorney for DEBTOR

I hereby agree and consent to the above terms and conditions:   Dated: 11/27/2023

/s/ Denise Carlon, Esquire
Denise E. Carlon, Attorney for SECURED CREDITOR