UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 201-549-2363
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

Order Filed on December 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Uzziel Prudencio-Palmero,

Debtors

Case No.: 23-11819 ABA

Hearing Date: 11/7/2023 @ 10:00 a.m.

Judge: Altenburg, Andrew B. Jr.

## CONSENT ORDER RESOLVING DEFAULT AND REINSTATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 19, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Uzziel Prudencio-Palmero
Case No: 23-11819 ABA
Caption of Order: CONSENT ORDER RESOLVING DEFAULT AND REINSTATING STAY

This matter having been brought before the Court by John D. DiCiurcio, Esquire appearing for Debtor and Denise Carlon., attorneys for Secured Creditor, M&T BANK,

It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to real property known as 406 United States Avenue, Lindenwold NJ 08021, is hereby REINSTATED; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor is to make an immediate payment of $5,192.88 to cure default (7/1/23 to 11/1/23 @ $1,061.61 less suspense of $115.17); and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2023; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond and that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $888.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that automatic stay as to the subject property is hereby reinstated.

I hereby agree and consent to the above terms and conditions:    Dated: 12-1-23

_____
John D. DiCiurcio, Attorney for DEBTOR

I hereby agree and consent to the above terms and conditions:    Dated: 11/27/2023

/s/ Denise Carlon, Esquire
_____
Denise E. Carlon, Attorney for SECURED CREDITOR

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 23-11819-ABA

Uzziel Prudencio-Palmero                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Dec 19, 2023    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2023:**

**Recip ID    Recipient Name and Address**
db    + Uzziel Prudencio-Palmero, 406 United States Ave, Clementon, NJ 08021-2645

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2023 at the address(es) listed below:

**Name    Email Address**

Andrew B Finberg
    ecfmail@standingtrustee.com

Brian C. Nicholas
    on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

John D. DiCiurcio
    on behalf of Debtor Uzziel Prudencio-Palmero diciurciowmpa@aol.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Dec 19, 2023 Form ID: pdf903 Total Noticed: 1
TOTAL: 6