Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-11819 (ABA)

Uzziel Prudencio-Palmero  
406 United States Avenue  
Clementon, NJ  08021

Monthly Payment: $498.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/27/2023 | $400.00 | 05/25/2023 | $400.00 | 07/10/2023 | $400.00 | 08/11/2023 | $400.00 |
| 09/06/2023 | $400.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | UZZIEL PRUDENCIO-PALMERO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOHN D. DI CIURCIO, ESQUIRE | 13 | $3,300.00 | $1,808.00 | $1,492.00 | $1,808.00 |
| 1 | CAPITAL ONE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | M & T BANK | 24 | $22,844.30 | $0.00 | $22,844.30 | $0.00 |
| 3 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | JOHN D. DICIURCIO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | M & T BANK | 13 | $888.00 | $0.00 | $888.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2023 | 3.00 | $0.00 |
| 07/01/2023 | Paid to Date | $1,200.00 |
| 08/01/2023 | 56.00 | $498.00 |
| 04/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,000.00 |
| Total paid to creditors this period: | $1,808.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $2,188.00 |
| Attorney: | JOHN D. DI CIURCIO, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**