Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 23−11819−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Uzziel Prudencio−Palmero
    406 United States Ave
    Clementon, NJ 08021

Social Security No.:
    xxx−xx−0507

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 4/9/24 at 10:00 AM

to consider and act upon the following:

**45** − Certification in Opposition to Relief from Stay (related document:44 Creditor's Certification of Default (related document:39 Consent Order filed by Creditor M&T BANK) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 03/22/2024. (Attachments: # 1 Exhibit A − Consent Order Resolving Default # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise). Modified on 3/11/2024: TO CORRECT LINK. filed by Creditor M&T BANK) filed by John D. DiCiurcio on behalf of Uzziel Prudencio−Palmero. (DiCiurcio, John)

Dated: 3/19/24

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court