UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Uzziel Prudencio-Palmero,

Debtor.

Case No.:      23-11819-ABA

Chapter:      13

Hearing Date:      04/09/2024

Judge:      Altenburg

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled       ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 44)

_____

Date: 04/08/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*