# Office of the Chapter 13 Standing Trustee

## Andrew B. Finberg, Chapter 13 Standing Trustee

*Joni L. Gray, Counsel*  
*Jennifer R. Gorchow, Staff Attorney*  
*William H. Clunn, III, Staff Attorney*

*Lu'Shell K. Alexander\**  
*Jennie P. Archer\**  
*Kelleen E. Stanley\**  
*Kimberly A. Talley\**

*\*Certified Bankruptcy Assistant*

June 25, 2024

The Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

   RE: **Chapter 13 Bankruptcy**  
      **Case No. 23-11819 (ABA)**  
      **Debtor(s) Name: Uzziel Prudencio-Palmero**

Dear Judge Altenburg:

  Please accept this letter in lieu of a more formal objection to Debtor's Motion to Vacate Dismissal Order, which is returnable Tuesday, July 2, 2024, at 10:00 a.m.

  Debtor's case was confirmed on July 26, 2023, at $1,200 paid to date, then $498 for 56 months. On June 5, 2024, the Court entered an Order Dismissing Case for failure to submit plan payments. Two (2) days later, Debtor files a Motion to Vacate Dismissal Order stating there was confusion as to the requirement to continue to make Trustee and mortgage payments. Debtor proposes to cure the plan arrears immediately upon reinstatement.

  Debtor has not submitted a plan payment to the Trustee in almost ten (10) months. The last payment received was on September 6, 2023. By the return date of Debtor's motion, another plan payment will be due, and the arrears will total $3,857. Debtor has not provided any evidence that funds needed to cure the plan arrears are readily available and/or have been delivered to counsel.

  Absent proof that Debtor can bring the plan payments current and will agree to submit all future payments via wage order, the Trustee requests that Debtor's motion be denied.

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

**Payments Only:**

P.O. Box 1978  
Memphis, TN 38101-1978

As always, please feel free to contact this office with any questions or concerns.

Respectfully submitted,

*s/ Joni L. Gray*
Joni L. Gray
Counsel for Andrew B. Finberg,
Chapter 13 Standing Trustee

JLG/jpa
cc:     John D. DiCiurcio (Via email & ECF/CM
        Uzziel Prudencio-Palmero (Via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page **2** of **2**