**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| | |
|---|---|
| **IN RE:** | Proceedings in Chapter 13 |
| | Case No. 23-11819 (ABA) |
| **UZZIEL PRUDENCIO-PALMERO** | |
| | *CERTIFICATION IN SUPPORT OF ORDER* |
| Debtor(s). | *DISMISSING CASE* |

I, Andrew B. Finberg, Esquire, am authorized to make this certification.

1. I am the Chapter 13 Standing Trustee for Region 3 pursuant to an order entered by the Office of the United States Trustee, United States Department of Justice.

2. I am personally familiar with the matters set forth herein and I am qualified to testify about them.

3. This Court has exclusive jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 105.

4. Debtor filed a Chapter 13 Bankruptcy petition on September 6, 2023.

5. On July 26, 2023, the Court entered an Order Confirming Chapter 13 Plan on July 26, 2023, at $1,200 paid to date, then $498 for 56 months with 100% to unsecured creditors who filed timely claims.

6. On June 5, 2024, an Order Dismissing Case was entered by the Court for Debtor's

failure to submit plan payments to the Trustee.

7. On August 13, 2024, an Order Vacating Dismissal Order was entered by the Court. Pursuant to the Order, Debtor shall submit $4,408 to the Trustee within ten (10) days of the date of the Order. In the event Debtor fails to comply with the terms of the Order, Debtor's case shall be immediately dismissed upon receipt of a Certification of Noncompliance from the Chapter 13 Trustee.

8. More than ten (10) days have passed since the entry of the Order Vacating Dismissal Order. The Trustee has not received a payment of $4,408 from the Debtor. No payments have been received since September 2023.

9. Contemporaneously with the filing of this Certification, the Trustee is electronically submitting a proposed Order Dismissing Case for the Court's consideration.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: August 26, 2024                          By: /s/ *Andrew B. Finberg*
                                                     Andrew B. Finberg
                                                     Chapter 13 Standing Trustee