Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  23−11819−ABA
                              Chapter:  13
                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Uzziel Prudencio−Palmero
    406 United States Ave
    Clementon, NJ 08021

Social Security No.:
    xxx−xx−0507

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 9/20/24 at 09:00 AM

to consider and act upon the following:

**65** − Certification in Opposition to (related document:64 Document re: Certification of Noncompliance (related document:61 Order on Motion to Vacate Dismissal of Case) filed by Andrew B Finberg on behalf of Andrew B Finberg. filed by Trustee Andrew B Finberg) filed by John D. DiCiurcio on behalf of Uzziel Prudencio−Palmero. (Attachments: # 1 Exhibit) (DiCiurcio, John)

Dated: 8/28/24

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court