Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 23−11819−ABA
                      Chapter: 13
                      Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Uzziel Prudencio−Palmero
    406 United States Ave
    Clementon, NJ 08021

Social Security No.:
    xxx−xx−0507

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 9/20/24 at 09:00 AM

to consider and act upon the following:

**65** − Certification in Opposition to (related document:64 Document re: Certification of Noncompliance (related document:61 Order on Motion to Vacate Dismissal of Case) filed by Andrew B Finberg on behalf of Andrew B Finberg. filed by Trustee Andrew B Finberg) filed by John D. DiCiurcio on behalf of Uzziel Prudencio−Palmero. (Attachments: # 1 Exhibit) (DiCiurcio, John)

Dated: 8/28/24

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 23-11819-ABA

Uzziel Prudencio-Palmero     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Aug 28, 2024     Form ID: ntchrgbk     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Uzziel Prudencio-Palmero, 406 United States Ave, Clementon, NJ 08021-2645 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Andrew B Finberg jgorchow@standingtrustee.com |
| John D. DiCiurcio | on behalf of Debtor Uzziel Prudencio-Palmero diciurciowmpa@aol.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Aug 28, 2024 | Form ID: ntchrgbk | Total Noticed: 1

Joni L. Gray
      on behalf of Trustee Andrew B Finberg jgray@standingtrustee.com  jgrayecf@gmail.com;grayjr39848@notify.bestcase.com

U.S. Trustee
      USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8