Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23–11819–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Uzziel Prudencio–Palmero
   406 United States Ave
   Clementon, NJ 08021

Social Security No.:
   xxx–xx–0507

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 3/18/25 at 10:00 AM

to consider and act upon the following:

**70** – Certification in Opposition to Relief from Stay (related document:69 Creditor's Certification of Default (related document:49 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of M&T BANK. Objection deadline is 02/25/2025. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T BANK) filed by John D. DiCiurcio on behalf of Uzziel Prudencio–Palmero. (DiCiurcio, John)

Dated: 2/21/25

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court