| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>M&T Bank | |
| In Re:<br><br>Uzziel Prudencio-Palmero,<br><br>Debtor. | Case No.: 23-11819-ABA<br><br>Adv. Pro. No.: _____<br><br>Chapter: 13<br><br>Subchapter V: ☐ Yes ☒ No<br><br>Hearing Date: 03/18/2025<br><br>Judge: Altenburg |

## ADJOURNMENT REQUEST

1. I, __Denise Carlon, Esq.__,

   ☒ am the attorney for: __M&T Bank__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Secured Creditor's Certification of Default (Docket # 69)

   Current hearing date and time: 03/18/2025 @ 10:00 a.m.

   New date requested: 4/15/2025 @ 10:00 a.m.

   Reason for adjournment request: To allow the parties time to resolve this matter amicably.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 03/13/2025                                          /s/ Denise Carlon
                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 4/15/25 @ 10 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*