|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>M&T Bank |

In Re:

Uzziel Prudencio-Palmero,

Debtor.

Case No.: 23-11819-ABA

Adv. Pro. No.: _____

Chapter: 13

Subchapter V: ☐ Yes ☒ No

Hearing Date: 04/15/2025

Judge: Altenburg

## ADJOURNMENT REQUEST

1. I, _____Denise Carlon, Esq._____,

   ☒ am the attorney for: _____M&T Bank_____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Secured Creditor's Certification of Default (Docket # 69)

   Current hearing date and time: 04/15/2025 @ 10:00 a.m.

   New date requested: 5/13/2025 @ 10:00 a.m.

   Reason for adjournment request: To allow the parties time to resolve this matter amicably.  There is a pending loan modification application.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 04/10/2025

/s/ Denise Carlon
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 5/13/25 @ 10 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2