| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>M&T Bank | |
| In Re:<br><br>Uzziel Prudencio-Palmero,<br><br>Debtor. | Case No.: 23-11819-ABA<br>Adv. Pro. No.: _____<br>Chapter: 13<br>Subchapter V: ☐ Yes ☒ No<br>Hearing Date: 05/13/2025<br>Judge: Altenburg |

## ADJOURNMENT REQUEST

1.  I, _____Denise Carlon, Esq._____,

    ☒ am the attorney for: _____M&T Bank_____,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Secured Creditor's Certification of Default (Docket # 69)

    Current hearing date and time: 05/13/2025

    New date requested: 6/10/2025 @ 10:00 a.m.

    Reason for adjournment request: The parties expect to have a loss mit decision on 5/12 and seek time to determine resolutions based on that decision.

2.  Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: 05/08/2025

/s/ Denise Carlon
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted       New hearing date: 6/10/25 @ 10 am       ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2