| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>M&T Bank | |
| In Re:<br><br>Uzziel Prudencio-Palmero,<br><br>Debtor | Case No.:     23-11819-ABA<br><br>Chapter:          13<br><br>Hearing Date:    06/10/2025<br><br>Judge:          Altenburg |

STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 69)

Date: 06/08/2025                                    /s/ Denise Carlon
                                                          Signature

*rev.8/1/15*