Certificate Number: 17572-NJ-DE-039846226

Bankruptcy Case Number: 23-11819



17572-NJ-DE-039846226

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 8, 2025, at 11:19 o'clock AM PDT, UZZEIL PRUDENCIO-PALMERO completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  July 8, 2025

By:  /s/Leigh-Anna M Thompson

Name:  Leigh-Anna M Thompson

Title:  Counselor